Leibowitz & Porter, Inc., appellee, v. U. J. Herrmann, appellant. Gen. No. 32,094.

Opinion filed February 23, 1928. .
Cantwell & Cantwell, for appellant; Martin W. Grosse, of counsel. Wolfsohn & Fireman, for appellee; Harry J. Fireman, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

Goss & Guise, appellant, v. James N. Lott et al., appellees. Gen. No. 32,115.

Taylor J., dissents. Opinion filed February 23, 1928.
Samuel B. King, for appellant. Church, Traxler & Kennedy, for James N. Lott, appellee; Dean Lake Traxler, Walter W. Stevens and Len Young Smith, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

Frederic R. Douglas, appellee, v. Thomas H. Kelley, appellant. Gen. No. 32,133.

Opinion filed February 23, 1928.
Urion, Drucker, Reichmann & Boutell, for appellant; Jerome J. Sladkey and William B. Gemmill, of counsel. Michael D. Dolan, for appellee.
Mr. Justice Wilson delivered the opinion of the court.

Nathan William MacChesney, appellee, v. John J. Lipski, appellant. Gen. No. 32,156.

Opinion filed February 23, 1928. Rehearing denied March 12, 1928.
Gurdon Willams, for appellant. MacChesney, Evans & Robinson, for appellee.
Mr. Justice Wilson delivered the opinion of the court.